IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARK CHRISTOPHER HUFF, #10883-078 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16cv414 |
| | § | CRIMINAL ACTION NO. 4:03cr107(1) |
| UNITED STATES OF AMERICA | § | |

**MEMORANDUM ORDER ADOPTING THE**
**UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation concluding that Movant should be resentenced according to *Johnson v. United States*, — U.S. —, 135 S. Ct. 2551 (2015). The Report and Recommendation, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Movant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Dkt. #1) pursuant to 28 U.S.C. § 2255 is **GRANTED** to the extent that the sentence imposed in Criminal Action Number 4:03cr107(1) is **VACATED**, and Movant shall be resentenced. All motions by either party not previously ruled upon are **DENIED**.

**SIGNED** this 3rd day of November, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE